BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00208-KJN |
| Plaintiff, | ORDER CONTINUING ARRAIGNMENT |
| v. | Date:  July 31, 2013 |
| NEVADA D. SMITH, | Time:  9:00 a.m. |
| | Judge: Hon. Kendall J. Newman |
| Defendant. | |

It is hereby ordered that the arraignment hearing set for July 31, 2013, 2013, at 9:00 a.m., is VACATED.  It is further ordered that an arraignment is set for August 21, 2013, at 9:00 a.m.

IT IS SO ORDERED.


Dated:  July 30, 2013


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE